**Opinion issued December 31, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-24-00646-CV**
_____

**MARLENA FREEMAN, Appellant**

**V.**

**ARKITEKTURA DEVELOPMENT, INC., Appellee**

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-49393**

---

**MEMORANDUM OPINION**

Appellant, Marlena Freeman, filed a notice of appeal from the trial court's July 29, 2024 final judgment. Appellant has neither paid the required fees nor established indigence for purposes of costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b), 51.941(a);

Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On September 20, 2024, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by October 21, 2024. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Further, appellant has not paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* TEX. R. APP. P. 37.3(b). On November 4, 2024, appellant was notified that this appeal was subject to dismissal if appellant did not submit written evidence that she had paid or made arrangements to pay the fee for the preparation of the clerk's record by December 4, 2024. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Based on appellant's failure to pay appellate costs or pay the fee for preparation of the clerk's record, on December 10, 2024, appellee, Arkitektura Development, Inc., filed a motion to dismiss the appeal for want of prosecution. Appellee's motion does not include a certificate of conference indicating whether appellant is opposed to the motion. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed, and appellant has not responded to appellee's motion to dismiss. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant appellee's motion and dismiss the appeal for nonpayment of all required fees and want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Gunn.